Timothy Twomey
Crowson Law Group
637 A Street
Anchorage, AK 99501
907-677-9393 Telephone
907-677-9310 Facsimile
E-mail: tim@crowsonlaw.com
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NICOLE HOUSE, ) )  Plaintiff, ) ) vs. ) ) ALASKA NATIVE TRIBAL ) HEALTH CONSORTIUM, ) ) Defendant. ) ) | Case No. 3:19-cv-00314-HRH  (State Court No. 3AN-19-10270CI) |

**PLAINTIFF'S VOLUNTARY DISMISSAL PRIOR TO ANSWER**

COMES NOW Plaintiff, NICOLE HOUSE, by and through counsel, and hereby provides notice of her voluntary dismissal of the above-captioned lawsuit and all claims against Defendant ALASKA NATIVE TRIBAL HEALTH CONSORTIUM.

This action is made pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), providing that a dismissal may be made without order of the court by filing a notice prior to the opposing party's answer.

Respectfully submitted on this the 18th day of December 2019.

                                CROWSON LAW GROUP
                                *Attorneys for Plaintiff*

                     By: <u>s/Timothy Twomey</u>
                          TIMOTHY TWOMEY
                          ABA #0505033
                          tim@crowsonlaw.com

CERTIFICATE OF SERVICE
I hereby certify that a true and correct copy of the foregoing was filed electronically with the United States District Court for the District of Alaska using the CM/ECF system, and that the following participants in this case who are registered users will be served by the CM.ECF system:

Marie C. Scheperle
Federal Building & U.S. Courthouse
222 West 7th Ave #9, Room 253
Anchorage, AK 99513-7567
Marie.Scheperle@usdoj.gov


<u>s/Aaron Burkhart</u>
Aaron Burkhart
Crowson Law Group